[No. 1848-3.    Division Three.    July 1, 1976.]

*In the Matter of the Marriage of* SHARON WAVRA, *Petitioner, and* ROBERT L. WAVRA, *Respondent.*

Certiorari to review a judgment of the Superior Court for Spokane County, No. 220717, George T. Shields, J., entered January 9, 1976. *Denied* by unpublished per curiam opinion.

[No. 1307-3.    Division Three.    July 1, 1976.]

BUTTREY FOOD STORES, *Appellant,* v. THE CITY OF SPOKANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 213527, Donald N. Olson, J., entered October 4, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3304-1.    Division One.    July 6, 1976.]

LOIE KLEMZ, *Appellant,* v. BENEFICIAL STANDARD LIFE INSURANCE COMPANY, *Defendant,* GALE P. HILYER, JR., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 747929, Frank H. Roberts, Jr., J., entered September 27, 1974. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Andersen, JJ.

[No. 3865-1.    Division One.    July 6, 1976.]

THE STATE OF WASHINGTON, *Appellant,* v. DANIEL WOO, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 65923, Janice Niemi, J., entered May 23, 1975. *Reversed* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and James, J.